Civil Action No. 19-cv-04694-PKC-RER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jane Doe
was received by me on *(date)* 10/04/2019.

☒ I personally served the summons on the individual at *(place)* 83-18 homelawn St. Apartment 1 Jamaica, NY 11432, on *(date)* 10/04/2019; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/04/2019

*Server's signature*

Carlos Idrovo
*Printed name and title*

27-14 Ericsson St. East Elmhurst, NY 11369
*Server's address*

Additional information regarding attempted service, etc: