**PETER G. EIKENBERRY**
75 Maiden Lane, Room 402
New York, New York 10038
CELL: (917) 596 4168
Pete@eikenberrylaw.com

December 2, 2019

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                **Roe V. St. John's and Doe**
                **19-cv-04694 (PKC-RER)**

Dear Judge Chen:

    I write as attorney for plaintiff Richard Roe with regard to Your Honor's direction of November 26, that plaintiff respond by December 3 to St. John's letter motion of November 18 requesting a pre-motion conference. On November 21, I had asked Mr. Zuckerman for an extension of time to respond from November 25 to December 6, 2019, because a) I received his letter when I was out of the country, b) as a member of the First Department Grievance Committee, I had to prepare for and attend a meeting on November 21, and c) I planned to be out of the office November 27 through December 1 for a family holiday in Massachusetts.

    Mr. Zuckerman agreed to the extension. I hereby request that Your Honor's direction of a response by December 3 be extended to December 6, 2019.

    Respectfully requested,

    *[signature]*

PGEikenberry

cc by email
Lyle Zuckerman, Esq.
Michael Valentine, Esq.

cc by text
Ms. Jane Doe