

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Lyle S. Zuckerman**
212-603-6452 tel
212-379-5222 fax

lylezuckerman@dwt.com

May 8, 2020

**VIA E-MAIL**
Peter G. Eikenberry, Esq.
7 Hanover Square, 8th Flr.
New York, NY 10004

Re: Roe v. St. John's University, et al.
Index Number 19-CV-04694 (PKC)

Dear Mr. Eikenberry

  This firm is counsel to St. John's University ("SJU") in the above referenced action. Enclosed, in accordance with Judge Chen's Order dated March 27, 2020, please find a copy of SJU's notice of motion, its memorandum of law in support of its motion to dismiss the Second Amended Complaint and, in the alternative, to correct the caption, the declaration of Joshua S. Hurwit, and supporting exhibits. Copies of the same will be electronically filed once the motion is fully briefed.

Sincerely,

/s/Lyle S. Zuckerman

Lyle S. Zuckerman


Enclosures
cc: Melissa Marie Carvalho, Esq. (*via e-mail*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.