UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

-------------------------------------------------------- x

RICHARD ROE,                                         :

                              Plaintiff,             :          Case No. 19-cv-04694 (PKC)(RER)

                                                     :
                                                     :          **NOTICE OF MOTION**
            - against -                              :          **TO DISMISS AND TO CORRECT**
                                                     :          **THE CAPTION OF THE SECOND**
ST. JOHN'S UNIVERSITY AND JANE DOE,                  :          **AMENDED COMPLAINT**
                                                     :
                              Defendants.            :

-------------------------------------------------------- x

**TO:**

The Law Office of Peter G. Eikenberry
7 Hanover Square, 8th Floor
New York, New York 10004
*Attorney for Plaintiff*

> **PLEASE TAKE NOTICE** that the undersigned attorneys for defendant St. John's University ("SJU") will apply before the Honorable Judge Pamela K. Chen of the Eastern District of New York at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, in Courtroom 4F, on a date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the First Amended Complaint in its entirety as against St. John's University, with prejudice, for failure to state a cause of action or in the alternative, for an Order pursuant to Federal Rule of Civil Procedure 10(a) and 17(a) directing the Plaintiff to amend the caption to reflect his legal name.  In support of this motion, the Defendant SJU relies upon the accompanying Memorandum of Law, the declaration of Joshua S. Hurwit, and supporting exhibits.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 27, 2020, answering papers, if any, are to be served on or before June 29, 2020, and reply papers, if any, are to be served on or before July 13, 2020.

Dated: New York, New York.
      May 8, 2020

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP


By:    /s/ Lyle S. Zuckerman
     Lyle S. Zuckerman, Esq.

Lyle Zuckerman, Esq.
Michael Goettig, Esq.
Kaitlyn E. Fallon, Esq.
1251 Avenue of the Americas, 21st Floor
New York, New York 10119
(212) 603-6452

2