# Exhibit B



Office of the Dean of Students
St. John's University

Tel. (718) 990-6568
Fax (718) 990-2767
Bent Hall, G023
Garden Level

April 13, 2018

Sent electronically to

**PERSONAL AND CONFIDENTIAL**

Mr. ▇▇▇▇▇:

You are indefinitely restricted from having any contact with ▇▇▇▇▇. Examples of unauthorized contact include, but are not limited to: phone calls, written or electronic correspondence, personal visits or messages sent through social networking sites. This restriction applies to both on- and off-campus interactions, as well as contact initiated by a third party on your behalf or at your request. You are prohibited from speaking with this person at any time and you must make accommodation in your academic and social pursuits to avoid being in the same room with this person.

The primary purpose of this order is to mandate civil conduct between the involved parties. For example, entering a common area or classroom/study space where this person is present should not be considered a violation of this order.) Intentional contact with the above person(s) must be reported to the Director of Student Conduct immediately.

Please note that failure to comply with these directives may be considered a violation of the Student Code of Conduct and may result in your temporary suspension from St. John's University.

If you have any questions or concerns regarding this matter, please contact me.

*Jackie Lochrie*

Jackie Lochrie
Acting Dean of Students, Associate Dean for Student Services, Deputy Title IX Coordinator