# Exhibit H



# ST. JOHN'S UNIVERSITY

8000 Utopia Parkway, Queens, NY 11439

EQUAL OPPORTUNITY & COMPLIANCE
OFFICE OF HUMAN RESOURCES

TEL.: 718-990-1865
FAX: 718-990-2311

March 18, 2019

<u>VIA EMAIL</u>

▇▇▇▇▇▇▇
Sent electronically to ▇▇▇▇▇▇▇▇▇▇▇▇

Dear ▇▇▇▇▇▇▇

     Thank you for speaking with me on February 7, 2019 to discuss your complaint alleging that a student contacted you and sent you threatening messages online. We recently concluded our investigation into these concerns.

     St. John's University takes all allegations of discrimination and harassment very seriously and strictly enforces its Policy against Discrimination and Harassment and Related Complaint Procedures. An investigation into this matter has substantiated that a violation of the University's policy occurred, and appropriate corrective action will be taken.

     Thank you for bringing this matter to our attention. Please be mindful of the confidentiality of this investigation, as well as the University's policy against retaliation.

Sincerely,

*[signature]*

Danielle Haynes
Associate Director of Equal Opportunity and Compliance