# Exhibit M



**Office of Student Conduct**
St. John's University

Tel. (718) 990-6878
Bent Hall, Garden Level
Student Affairs Suite
www./stjohns.edu/studentconduct

June 13, 2019

Sent electronically to ▇▇▇▇▇@stjohns.edu

**PERSONAL AND CONFIDENTIAL**

Mr. ▇▇▇:

On June 6, 2019, the Office of Student Conduct sent you a notification scheduling a meeting for the purpose of addressing documented Student Code of Conduct violations that were alleged to have taken place on December 15, 2018. However, you did not participate in the scheduled meeting, and you have not contacted OSC with a request to reschedule.

The Student Conduct Process states that "(s)tudents who fail to attend the Behavioral Hearing waive their right to review the incident and respond to the charges. In these cases, the Student Conduct Administrator or designee shall administer findings and sanctions in their absence or forward the case to the Student Conduct Board or University Conduct Board."

As the Student Conduct Administrator reviewing this matter, I am writing today to inform you that if you do not contact me by July 3, 2019, you will be deemed to have forfeited the opportunity to have the matter adjudicated by a University Conduct Board, and I shall administer findings and sanctions in this matter. I can be reached at 718-990-5036 or by email at flynnj@stjohns.edu.

Regards,



Jack Flynn
Director of Student Conduct