# Exhibit N

| | |
|---|---|
| **From:** | Pete Eikenberry <pete@eikenberrylaw.com> |
| **Sent:** | Tuesday, June 18, 2019 6:09 PM |
| **To:** | Joshua Hurwit |
| **Subject:** | Re: ▮▮▮▮ |

`* External Email *`

Mr. H
Thanks
See no reason to further object
Will be back on Thursday if all goes well
Will review procedures and inform you upon consultation with ▮▮
Best
Pete

Sent from my iPhone

On Jun 18, 2019, at 5:20 PM, Joshua Hurwit <hurwitj@stjohns.edu> wrote:

> Mr. Eikenberry –
> The Behavioral Hearing is an opportunity for the Respondent to either take responsibility or deny responsibility for the conduct charged. If the Respondent denies responsibility, the matter is then presented to a University Conduct Board, which is an in-person adjudicatory process. All of this is explained in detail on the University's website.
> If you still object to having the Behavioral Hearing held telephonically, then I'll advise Student Conduct Administrator Jack Flynn that your client ▮▮▮▮▮▮ is denying responsibility for the conduct charged and to schedule a University Conduct Board hearing.
> Please advise how you wish to proceed.
> Thanks,
> Joshua Hurwit
>
> **Joshua S. Hurwit**
> Associate General Counsel
> St. John's University
> 8000 Utopia Parkway
> Queens, NY 11439
> Tel 718-990-5699
> Mobile 347-610-9650
> hurwitj@stjohns.edu
> <image001.png>
>
>> **From:** Pete Eikenberry [mailto:pete@eikenberrylaw.com]
>> **Sent:** Tuesday, June 18, 2019 5:02 PM
>> **To:** Joshua Hurwit <hurwitj@stjohns.edu>
>> **Subject:** Re: ▮▮▮▮
>>
>> `* External Email *`
>> Dear Mr Hurwit:
>> Please be informed that I respectfully object to a telephonic hearing.
>> ▮▮▮'s entire life is on the line and he is not able to be present while very serious allegations are made against him?
>> This is shabby due process.

1

Very truly yours,
Pete Eikenberry
Sent from my iPhone

On Jun 18, 2019, at 1:28 PM, Joshua Hurwit <hurwitj@stjohns.edu> wrote:

> Dear Mr. Eikenberry –
> Per your request the Behavioral Hearing has been rescheduled to July 8, 2019 at 11 a.m. The Behavioral Hearing will be telephonic; please call Student Conduct Administrator Jack Flynn at 718-990-5036. A formal notification will be sent to ██████'s St. John's email account.
> Thanks,
> Josh Hurwit
> **Joshua S. Hurwit**
> Associate General Counsel
> St. John's University
> 8000 Utopia Parkway
> Queens, NY 11439
> Tel 718-990-5699
> Mobile 347-610-9650
> hurwitj@stjohns.edu
> <image001.png>
>
> **From:** Pete Eikenberry [mailto:pete@eikenberrylaw.com]
> **Sent:** Tuesday, June 18, 2019 1:24 PM
> **To:** Joshua Hurwit <hurwitj@stjohns.edu>
> **Subject:** Re: ██████████
>
> * External Email *
>
> Dear Mr. Hurwit- now that we are no longer on the first name basis of our initial contact. Please be informed, that ████ was taken by ambulance to hospital emergency room last week end with strep throat but he should have received correspondence.
> I previously informed the Dean that I would be in Ohio on family business this week and would have be seeking adjournment for any hearing dates that became scheduled.
> I herby request an adjournment until a July date. I have appeared as ████'s attorney in these proceedings and request that I be notified of all dates relevant to my representation.
> Thanks for your cooperation
> Very truly yours,
> Pete Eikenberry
> Sent from my iPhone
>
> On Jun 18, 2019, at 10:35 AM, Joshua Hurwit <hurwitj@stjohns.edu> wrote:
>
>> Dear Mr. Eikenberry –
>> I am attaching two letters the University's Office of Student Conduct sent to your client ██████████, and I am forwarding them to you as a courtesy.
>> Please have Mr. ██████ contact Jack Flynn, Director of Judicial Affairs, at 718-990-5036 or flynnj@stjohns.edu, to schedule a Behavioral Hearing.
>> Sincerely,
>> Joshua Hurwit

**Joshua S. Hurwit**
Associate General Counsel
St. John's University
8000 Utopia Parkway
Queens, NY 11439
Tel 718-990-5699
Mobile 347-610-9650
hurwitj@stjohns.edu
<image001.png>

This email may contain proprietary, confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

<TitleIXHearingNotice(Almeida).pdf>

<TranscriptNotation(Almeida).pdf>

CAUTION - External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This email may contain proprietary, confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

CAUTION - External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This email may contain proprietary, confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

CAUTION - External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.