# Exhibit P

# INCIDENT TRACKING REPORT

**Incident Number**  
█████

**Incident Date**  
1/4/2019

**Incident Time**  
9:00:00 AM

Violation: DISORDERLY CONDUCT  
Susp. DISORDERLY CONDUCT  
Attempted:  
Location: Off Campus         Campus: Off-Campus  
Building:                    Room No:

Summary of the

Student reports being threatened with bodily harm and punch in the face by an unidentified female student

Public Safety narrative of the Incident:

Administrator Joshua Hurwit, Office of General Counsel, provided a copy of a letter sent to the University from Attorney Peter Eikenberry who represents student ████████. In the letter Attorney Eikenberry reports "Mr. ████ has been threatened with bodily harm and was punched in the face by a female student."

Student ████ previously reported being threatened with bodily harm which was investigated by Public Safety and referred to the Office of Student Conduct. See incident # ████.

The female student that is reported to have punched student ████ is not identified in the letter.

Original letter from Attorney Peter Eikenberry is attached to this report.

ADDENDUM: 06/17/2019 1210 HRS. QAI Hasman
A voice message and email were left for Mr. ████ to contact the QAI office. ████.

ADDENDUM: 06/18/2019 0945 HRS. QAI Hasman
A second voice message and email were left for Mr. ████ to contact the QAI office. ████.

ADDENDUM: 06/20/2019 0955 HRS. QAI Hasman
A third call was placed to Mr. ████. He answered the phone and confirmed he received my two prior messages and emails. He advised he consulted with his attorney and was told not to answer any questions unless his attorney can be conferenced into the call. He will be meeting with his attorney later today. He was given Director Breheny's contact information for the call back.

ADDENDUM: 06/26/2019 0830 HRS. QAI Hasman
Public Safety has not heard back from Mr. ████. Another voice message and email were sent requesting he contact Director Breheny.

| Incident Reported By: | John Breheny | 92977158 | 6/17/2019 9:53:00 AM |
|---|---|---|---|
| | Name | Card ID No. | Date && Time |

## INCIDENT TRACKING REPORT

**Incident Number**  ■  **Incident Date** 1/4/2019  **Incident Time** 9:00:00 AM

Person/s involved in the incident:

| Card ID No. | First Name | Last Name | Phone No. | Involvement Type |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | Complainant |

Incident Responded By;

| Name | Position | Department |
|---|---|---|
| John Breheny | Director Public Safety | Public Safety |