# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Chardaie C. Charlemagne
direct dial: 212.589.4602
ccharlemagne@bakerlaw.com

August 14, 2020

**VIA ECF & EMAIL**

Peter G. Eikenberry, Esq.
7 Hanover Square, 8th Floor
New York, NY 10004

Lyle S. Zuckerman, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

Re:   Roe v. St. John's University and Jane Doe, 19-cv-04694 (PKC)

Dear Counsellors:

We represent Defendant Jane Doe in the above-referenced action. In accordance with Judge Chen's Orders dated December 10, 2019 and March 27, 2020, enclosed please find a copy of Defendant Jane Doe's reply memorandum of law dated August 14, 2020 to address the issues of Plaintiff's use of a pseudonym in this case and lack of jurisdiction should St. John's University's Motion to Dismiss be granted. As noted in our previous letter dated July 2, 2020 and in accordance with Judge Chen's Individual Practices and Rules, we will be re-filing our opening brief, which was inadvertently filed on June 29, 2020, as well as our reply brief. The opening brief filed today is identical to the opening brief filed on June 29, 2020.

Sincerely,

*/s Chardaie C. Charlemagne*

Chardaie C. Charlemagne

Enclosure