UNITED STATES DISTRICT COURT:
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Richard Roe,

                    Plaintiff,

    -against-

St. John's University and Jane Doe,

                  Defendants.
-------------------------------------------------------X

19-cv-04694

PKC-RER

**AFFIRMATION**

    I, PETER G. EIKENBERRY, declare under the penalty of perjury under the laws of the United States that the following is true and correct:

    1. I am a member of the bar of this Court (since 1965) and I am attorney for plaintiff Richard Roe in this action.

    2. I make this affirmation in opposition to St. John's motion to dismiss Roe's complaint.

    3. I have reviewed paragraphs 6 and 12 of Mr. Hurwit's affirmation of May 8, 2020.

    4. I traveled with plaintiff Roe to review the investigators' reports (St. John's Exhibits E and K) at St. John's campus in Queens, but we were not permitted to "receive" copies.

    5. Neither did Roe nor I ever receive copies of Exhibits C, E, F, I and K until they were served upon me in this action.

    6. Neither Roe or I ever saw Exhibit F before it was served upon me.

    7. Although, Mr. Hurwit attached Exhibit F to his affirmation, he did not attach the equivalent document for the September 2019 faculty board hearing proceeding against Roe.

    8. Roe and I were not permitted to review the exhibits referenced in Exhibits E and K, and they are still unavailable to us.

                                                  /s/ Peter G. Eikenberry
                                                  PETER G. EIKENBERRY

July 28, 2020