**PETER G. EIKENBERRY**
75 Maiden Lane, Room 402
New York, New York 10038
CELL: (917) 596 4168
Pete@eikenberrylaw.com

August 20, 2020

By email
The Honorable Pamela K. Chen
Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Roe v. St. John's University and Doe, 19-CV-04694 (PKC)**

Dear Judge Chen:

    I write as attorney for plaintiff Roe in the above styled action. As Your Honor is aware, defendant St. John's University's Rule 12(b)(6) motion to dismiss is now fully briefed. Defendant Doe has duly moved in support of St. John's motion. Both plaintiff and defendant St. John's requested oral argument in their motion papers, but neither has written pursuant to Your Honor's Rule 3. Therefore, I write to seek oral argument. I also request that the arguments with each defendant be separate.

    Respectfully requested,

Peter G. Eikenberry

cc Michael Valentine, Esq.
Lyle Zuckerman, Esq.
Melissa Carvalho, Esq.
Chardaie C. Charlemagne, Esq.