UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD ROE,

                Plaintiff,

   v.

ST. JOHN'S UNIVERSITY and JANE DOE,

                Defendants.
---------------------------------------------------------------X

JUDGMENT

19-CV-4694 (PKC) (RER)

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2021, granting Defendants SJU's and Doe's motion to dismiss in its entirety; dismissing Doe's counterclaims for lack of subject matter jurisdiction; it is

       ORDERED and ADJUDGED that Defendants SJU's and Doe's motion to dismiss is granted in its entirety; that Doe's counterclaims are dismissed for lack of subject matter jurisdiction; and that because this action is dismissed in its entirety, Defendants' request to amend the caption is moot.

Dated: Brooklyn, New York
       March 31, 2021

Douglas C. Palmer
Clerk of Court

By:  */s/Jalitza Poveda*
      Deputy Clerk