<u>UNITED STATES DISTRICT COURT:</u>
<u>EASTERN DISTRICT OF NEW YORK</u>

Richard Roe,

      Plaintiff,         **NOTICE OF APPEAL**

 - against –

St. John's University and Jane Doe,      19-cv-04694

      Defendants.

_____

PLEASE TAKE NOTICE, that Plaintiff Appellant Richard Roe ("Roe") hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to Title 28 U.S.C. 1295 (a)(1) from the Memorandum and Order entered by Judge Pamela K. Chen on March 31, 2021, and from each and every party thereof.

Attorneys for plaintiff Richard Roe:

*Michael Valentine* (signature)
_____
Michael Valentine
61 Third Place
Brooklyn, New York 11231
Tel: (718) 858 0818
mvalentine@valentinelaw.com

Peter G. Eikenberry
75 Maiden Lane, Room 402
New York, NY 10038
(917) 596-4168, and
pete@eikenberrylaw.com