# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand twenty-four.

Before:    Robert D. Sack,
           Barrington D. Parker,
           Steven J. Menashi,
                *Circuit Judges*. *

_____

Richard Roe,

    Plaintiff-Counter-Defendant - Appellant,

v.

St. John's University,

    Defendant - Appellee,

Jane Doe,

    Defendant-Counter-Claimant - Appellee.

_____

**JUDGMENT**

Docket No. 21-1125

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Judge Amalya L. Kearse, originally a member of the panel, recused herself from this case after it had been argued. Judge Barrington D. Parker, chosen at random, was subsequently added to the panel in her stead.

MANDATE ISSUED ON 03/14/2024